JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD HILLS NELSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants | Case No. CV 13-8913 AB (JPR)<br><br>*[Assigned for all purposes to Hon. District Judge André Birotte Jr. and Magistrate Judge Jean P. Rosenbluth]*<br><br>[PROPOSED]<br>**ORDER OF DISMISSAL AND WAIVER OF ATTORNEY FEES; AND ORDER OF ENTRY OF JUDGMENT OF DISMISSAL**<br><br>**(Honorable André Birotte Jr.)** |

### ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of

1  Civil Procedure, the lawsuit of FLOYD HILLS NELSON is
2  dismissed in its entirety, with prejudice;
3       IT IS FURTHER ORDERED, ADJUDGED and DECREED that
4  all scheduled dates, including those set for the pre-
5  trial conference and/or trial are hereby VACATED;
6
7       IT IS FURTHER ORDERED, ADJUDGED and DECREED that
8  each party hereby waives any and all claims for
9  attorneys' fees pursuant to 42 U.S.C. Section 1988,
10 and shall bear his own costs;
11      IT IS FURTHER ORDERED, ADJUDGED and DECREED that a
12 Judgment of Dismissal is hereby entered in this matter
13 pursuant to the Joint Stipulation of Dismissal
14 executed by the Plaintiff and the Defendants.
15
16      IT IS SO ORDERED.

DATED: July 12, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

-2-